Michael J. Nuñez, Esq.
Nevada Bar No. 10703
mnunez@murchisonlaw.com
MURCHISON & CUMMING, LLP
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada 89145
Telephone: (702) 360-3956
Facsimile: (702) 360-3957

Attorneys for CLARENDON AMERICA
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, CENTRAL DISTRICT

| | |
|---|---|
| CLARENDON AMERICA INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA YELLOW CAB CORPORATION, JOSEPH JAMES CARLSON, and PATRICIA L. PARKER,<br><br>Defendants.<br><br>NEVADA YELLOW CAB CORPORATION and JOSEPH JAMES CARLSON,<br><br>Cross-Complainants,<br><br>v.<br><br>CLARENDON AMERICA INSURANCE COMPANY,<br><br>Cross-Defendant. | CASE NO. 2:11-cv-00684-LRH-GWF<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STAY** |

TO THE HONORABLE COURT, TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

1 | On September 28, 2011 this Court signed the parties Stay of Discovery request (Doc. 41.)

2 | This matter seeks a declaration of rights and obligations due and owing by plaintiff CLARENDON AMERICA INSURANCE COMPANY ("CLARENDON") to its insured NEVADA YELLOW CAB CORPORATION ("YELLOW CAB") stemming from an automobile accident that occurred on October 1, 2006, between a vehicle in which Patricia Parker was a passenger and a taxi cab owned by YELLOW CAB and driven by YELLOW CAB employee Joseph Carlson (the "INCIDENT.")

3 | On or about September 18, 2008, Patricia Parker filed suit against Carlson and YELLOW CAB in Clark County Nevada District Court Case No. A571921 (the "Underlying Action").

4 | CLARENDON is an excess carrier for YELLOW CAB and the plaintiff and defendants entered into an agreement for binding arbitration which was to occur before the end of 2011 in the Underlying Action.

5 | The basis of the Stay was that issues raised by the instant Declaratory Relief Action may be rendered moot to the extent an arbitration award is a) rendered in favor of the defendants in the Underlying Action; or b) is rendered in favor of plaintiff for a sum which does not invade the excess policy limits of CLARENDON.

6 | The binding arbitration is now scheduled to occur on March 21, 2012 before arbitrators Bradley Johnson, Esq., Dennis Prince, Esq., and Gerald Gillock, Esq. The arbitration hearing will take place at Mr. Johnson's office located at 8985 South Eastern Avenue, Ste 200, Las Vegas, Nevada 89123.

7 | IT IS HEREBY STIPULATED AND AGREED jointly by the parties hereto through their respective attorneys of record that the discovery stay can remain in place pending resolution of the binding arbitration in the Underlying Action or until April 1, 2012 whichever occurs first. In the event the arbitration is not finished and resolved by April 1, 2012, the parties will meet and confer and file an amended Discovery Plan and Scheduling Order on or before April 16, 2012.

///

///

The stay does not affect the pending motion to dismiss YELLOW CAB's counter-claim pursuant to F.R.C.P. Rule 12(b)(6) filed on July 19, 2011.

DATED: January 2, 2012      MURCHISON & CUMMING, LLP

By: /s/
Michael J. Nuñez, Esq.
Nevada Bar No. 10703
6900 Westcliff Drive, Suite 605
Las Vegas, NV 89145
Attorneys for CLARENDON AMERICAN INSURANCE COMPANY

DATED: January ___, 2012      MORALES, FIERRO & REEVES

By: /s/
Ramiro Morales, Esq.
Nevada Bar No. 7101
725 Eighth Street, Suite B
Las Vegas, NV 89101
Attorneys for Defendant NEVADA YELLOW CAB CORPORATION

### ORDER

Based upon the Stipulation of the parties and good cause shown,

IT IS SO ORDERED.

DATED: February 1, 2012

/s/ George Foley Jr.
GEORGE FOLEY, JR.
United States Magistrate Judge

3