# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CLARENDON AMERICA INSURANCE COMPANY,

         Plaintiff,

vs.

NEVADA YELLOW CAB CORPORATION, *et al.*,

         Defendant.

Case No. 2:11-cv-00684-LRH-GWF

**ORDER**

This matter is before the Court on the Joint Status Report (#55) filed September 12, 2012. The parties request that the Court continue the discovery stay in this matter for an additional 45 days pending resolution of the binding arbitration in the underlying action. Accordingly,

**IT IS HEREBY ORDERED** that discovery in this matter is stayed until **October 29, 2012.**

DATED this 17th day of September, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge